UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARION REENE ROBAIR,<br><br>                        Plaintiff,<br><br>        v.<br><br>NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,<br><br>                        Defendant. | CASE NO. 3:17-CV-05406-JRC<br><br>ORDER ON UNOPPOSED MOTION FOR EQUAL ACCESS TO JUSTICE ACT FEES, EXPENSES AND COSTS |

      This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13 (*see also* Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, Dkt. 3; Consent to Proceed Before a United States Magistrate Judge, Dkt. 4). This matter is before the Court on plaintiff's Motion for Attorney Fees and Costs under EAJA (*see* Dkt. 14). Defendant does not object to plaintiff's motion. *See* Dkt. 15.

      Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, ("EAJA"), plaintiff's motion, the attorney certification and time and expense itemizations (*see* Dkt. 14), and the relevant record, it is hereby ORDERED that EAJA attorney's fees of $6,710.54 and expenses in

the amount of $10.68, shall be awarded to plaintiff pursuant to the EAJA and consistent with *Astrue v. Ratliff*, 130 S.Ct. 2521, 2524, 2010 U.S. LEXIS 4763 at \*\*\*6-\*\*\*7 (2010).

It is further ORDERED that costs in the amount of $400.00 shall be awarded to plaintiff pursuant to 28 U.S.C. § 1920.

The Acting Commissioner agrees to contact the Department of Treasury after the Order for EAJA fees, expenses and costs is entered to determine if the EAJA fees, expenses and costs are subject to any offset. If it is determined that plaintiff's EAJA fees, expenses and costs are not subject to any offset allowed pursuant to the Department of the Treasury's Offset Program, then the check for EAJA fees, expenses and costs shall be made payable to Todd R. Renda, Esq., based on plaintiff's assignment of these amounts to plaintiff's attorney (*see* Representative Fee Agreement for Federal Court Appeals, Dkt. 14, Attachment 2). If there is an offset, the remainder shall be made payable to plaintiff, based on the practice of the Department of the Treasury (*see*, *e.g.,* Case No. 2:15-cv-122, Dkt. 22, p. 4). Any check for EAJA fees, expenses and costs shall be mailed to plaintiff's counsel, Todd R. Renda, Esq., at 6314 19th Street, West, Suite 21, Tacoma, WA 98466-6223.

Dated this 13th day of April, 2018.

J. Richard Creatura
United States Magistrate Judge

ORDER ON UNOPPOSED MOTION FOR EQUAL
ACCESS TO JUSTICE ACT FEES, EXPENSES AND
COSTS - 2